IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR364-8 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| LAMARK ROBINSON, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on January 14, 2021, for a hearing on the Government's request for revocation of Defendant Lamark Robinson's supervised release via video conference. The Defendant was present and represented by Attorney Marcus Sidoti. The United States was represented by Assistant United States Attorney Brad Beeson. The Probation Office was represented by Ken Urda.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on March 19, 2020, at which time the Defendant admitted to the new law violation charge of trafficking in drugs and failure to attend cognitive behavioral treatment. The second violation of failure to report to probation officer as instructed was withdrawn by the government. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation. The Court finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to twenty-four months custody of the Bureau of Prisons.  No term of supervised release to follow.

The Defendant shall receive credit for time served in Federal custody.  The Defendant is remanded to custody.

IT IS SO ORDERED.

                                      s/ Christopher A. Boyko
                                      CHRISTOPHER A. BOYKO
                                      UNITED STATES DISTRICT JUDGE

DATED:  January 14, 2021

Court Reporter: Sarah Nageotte; Time: 30 minutes